IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL R. BENGTSON,

                Plaintiff,                    ORDER

    v.

                                            13-cv-262-wmc

CAPITAL ONE BANK,

                Defendant.

---

      Plaintiff Daniel Bengtson proceeds *pro se* in this civil suit that was originally filed in the Circuit Court for Dunn County, Wisconsin. The case was removed to this court April 18, 2013. On May 20, 2013, defendant filed a motion for partial summary judgment and partial dismissal. *See* dkt. 12. Because the court has not yet held a preliminary pretrial conference, plaintiff has not received a copy of this court's procedures for filing or opposing motions like these. For this reason, briefing on defendant's motion will be delayed until after I have held the pretrial conference in this case.

      Accordingly, IT IS ORDERED that defendant's motion for partial summary judgment and partial dismissal, dkt. 12, is STAYED. A pretrial conference will be held by telephone on June 18, 2013 at 1:30 p.m. Defendant's counsel is responsible for setting up the call the chambers.

      Entered this 28th day of May, 2013.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge