IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL R. BENGSTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-262-wmc

CAPITOL ONE BANK,

    Defendant.

This action came for consideration before the court with District Judge William M Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant:

(1) granting Capital One Bank's motion for partial summary judgment and partial dismissal;

(2) dismissing plaintiff's claims for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681s-2(b), and the Truth In Lending Act, 15 U.S.C. §§ 1601-1667f; and

(3) dismissing plaintiff's state law claim for breach of contract (or a defensive claim of accord and satisfaction) and dismissing this case with prejudice.

| /s/ | 2/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |